IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ZAREFAKIS,                           No.  MISC.S-04-0295 DFL DAD PS

    Plaintiff,

  v.                                      ORDER

RICK MATUSKA,

    Defendant.
_____/

    Plaintiff, proceeding pro se, initiated this action by filing a document entitled "Commercial Notice within the Admiralty of the Filing of Foreign Judgment."  Plaintiff's "commercial notice" appears to be an attempt to record a debt against certain San Joaquin County code enforcement officers and members of that county's Board of Supervisors.  The filing also makes reference to the Internal Revenue Service and the San Joaquin County Development Department.  However, the "commercial notice" indicates no basis for federal jurisdiction and published authority indicates that there is no legal basis for filing such notices.  See United States v. MacElvain, 858

1

1  F. Supp. 1096, 1100 (M.D. Ala. 1994)(collecting cases).

2      Accordingly, IT IS HEREBY ORDERED that plaintiff shall show
3  cause in writing within twenty (20) days of the date this order is
4  filed why this case should not be dismissed for lack of subject
5  matter jurisdiction.  See Fed. R. Civ. P. 12(h)(3)("Whenever it
6  appears by suggestion of the parties or otherwise that the court
7  lacks jurisdiction of the subject matter, the court shall dismiss the
8  action.").  Failure to timely file the required writing will result
9  in a recommendation of dismissal.

10      IT IS SO ORDERED.

11  DATED: May 20, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

15  DAD:th
DDad1\orders.prose\zarefakis.osc

2