IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ZAREFAKIS,

       Plaintiff,                      No. MISC.S-04-0295 DFL DAD PS

      vs.

RICK MATUSKA,

       Defendant.               ORDER

_____/

        The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

        On August 3, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis

        Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed August 3, 2005, are adopted in full; and

2. This action is dismissed for lack of subject matter jurisdiction.

DATED: 11/11/2005

*[signature]*

DAVID F. LEVI
United States District Judge

2